**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-13725-JDW |
| Glenn Paul Perry | Chapter 13 |
| Debtor. | Judge Jason D. Woodard |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

D. Anthony Sottile
Authorized Agent for Partners for Payment Relief, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: October 24, 2019 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

**CERTIFICATE OF SERVICE**

I certify that on October 24, 2019, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Tracy Buster Walsh, Debtor's Counsel
tbwalsh@walshlawfirmpllc.com

Locke D. Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

Office of the United States Trustee
ustpregion05.ab.ecf@usdoj.gov

I further certify that on October 24, 2019, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Glenn Paul Perry, Debtor
9959 Stage Run Dr.
Olive Branch, MS 38654

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com